UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
RAYMOND ROSAS,

       Plaintiff,

   -against-

BALTER SALES CO. INC., ARNOLD
BALTER, individually, MARK BALTER,
individually, and BARRY ROSENBERG,
individually,

       Defendants.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/15

12-CV-6557 (VSB)

PLEASE CHECK (√) YOUR ANSWERS
All jurors must agree on the answers to all of the questions:

## PART I: CLAIMS OF RAYMOND ROSAS

### Race Discrimination Claims

1. Has Mr. Rosas proved, by a preponderance of the evidence, that he was subjected to race-based discrimination in violation of Section 1981:

   a.  by Balter Sales?

     Yes __X__    No _____

   b.  by Mark Balter?

     Yes __X__    No _____

*Proceed to Question 2.*

2. Has Mr. Rosas proved, by a preponderance of the evidence, that he was subjected to race-based discrimination in violation of the New York State Human Rights Law (NYSHRL):

  a.  by Balter Sales?

    Yes __X__  No _____

  b.  by Mark Balter?

    Yes __X__  No _____

*Proceed to Question 3.*

 3. Has Mr. Rosas proved, by a preponderance of the evidence, that he was subjected to race-based discrimination in violation of the New York City Human Rights Law (NYCHRL):

  a.  by Balter Sales?

    Yes __X__  No _____

  b.  by Mark Balter?

    Yes __X__  No _____

  c.  by Arnold Balter?

    Yes __X__  No _____

*Proceed to Question 4.*

## Retaliation Claims

 4. Has Mr. Rosas proved, by a preponderance of the evidence, that he was subjected to retaliation in violation of the New York State Human Rights Law (NYSHRL):

  a.  by Balter Sales?

    Yes __X__  No _____

  b.  by Mark Balter?

    Yes __X__  No _____

*Proceed to Question 5.*

 5. Has Mr. Rosas proved, by a preponderance of the evidence, that he was subjected to retaliation in violation of the New York City Human Rights Law (NYCHRL):

    a.    by Balter Sales?

        Yes __X__     No _____

    b.    by Mark Balter?

        Yes __X__     No _____

    c.    by Arnold Balter?

        Yes __X__     No _____

*Proceed to Question 6.*

## Battery Claim

6. Has Mr. Rosas proved, by a preponderance of the evidence, that Barry Rosenberg committed battery against Mr. Rosas?

        Yes __X__     No _____

***If you have answered "Yes" to any part of any of the above Questions 1-6, please continue on to Questions 7-8. If not, please proceed to Part II on the counterclaim of Balter Sales.***

## Damages

***Remember, you can only award damages from those Defendants who you have found liable in any of Questions 1-6. In considering a particular Defendant, if you did not answer "Yes" to any of Questions 1-6, you may not award damages from that Defendant. In other words, you should skip the questions in this Damages section that ask about Defendants for whom you have not answered "Yes" in any of Questions 1-6.***

7. Has Mr. Rosas proved, by a preponderance of the evidence, that he is entitled to compensatory damages:

    a.    from Balter Sales?

        Yes __X__     No _____

        i.    If you answered "Yes", what amount of compensatory damages from Balter Sales?

            $ __250,000.00__

    b.    from Mark Balter?

        Yes __X__   No _____

        i.    If you answered "Yes", what amount of compensatory damages from Mark Balter?

           $ 250,000.00

    c.    from Arnold Balter?

        Yes __X__   No _____

        i.    If you answered "Yes", what amount of compensatory damages from Arnold Balter?

           $ 250,000.00

    d.    from Barry Rosenberg?

        Yes __X__   No _____

        i.    If you answered "Yes", what amount of compensatory damages from Barry Rosenberg?

           $ 50,000.00

8. Has Mr. Rosas proved, by a preponderance of the evidence, that he is entitled to punitive damages:

    a.    from Balter Sales?

        Yes __X__   No _____

    b.    from Mark Balter?

        Yes __X__   No _____

    c.    from Arnold Balter?

        Yes __X__   No _____

## PART II: COUNTERCLAIM OF BALTER SALES

### Conversion Claim

9. Has Balter Sales proved, by a preponderance of the evidence, that Mr. Rosas committed conversion?

    Yes _____    No ___X___

*If you have answered "Yes" to the above Question 9, please continue on to Question 10. If not, you are done with Part II and you may stop. Please proceed to the last page and sign the verdict form.*

10. Has Balter Sales proved, by a preponderance of the evidence, that it is entitled to compensatory damages from Mr. Rosas?

    Yes _____    No _____

    i.  If yes, in what amount?

        $ _____

*******************

*You are finished. Please sign and date this form.*

_____
Signature of Foreperson

Dated: 11/24/15