UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Index No.: 12-cv-6557-VSB-HBP
RAYMOND ROSAS,

                    Plaintiff,

        -against-                                **NOTICE OF MOTION FOR
                                                                                                             COSTS & REASONABLE
                                                                                                                ATTORNEYS' FEES**

BALTER SALES CO. INC., ARNOLD BALTER,
individually, MARK BALTER, individually, and
BARRY ROSENBERG, individually,

                    Defendants.
------------------------------------------------------------------X

      Plaintiff, Raymond Rosas, hereby moves the Court for an order granting Plaintiff's costs and reasonable attorneys' fees, as the prevailing party of the above captioned matter, together with any other relief the Court deems just and proper.

Dated:  New York, New York
          December 22, 2015

                                                                   **ARCÉ LAW GROUP, PC**
                                                                     *Attorneys for Plaintiff*

                                                  By:  */s/ Gregory W. Kirschenbaum*
                                                            Gregory W. Kirschenbaum, Esq.
                                                            30 Broad Street, 35th Floor
                                                            New York, NY 10004
                                                            (212) 248-0120