# ARCÉ LAW GROUP, PC

40 Broadway, Suite 610
New York, New York 10006
P: 212-248-0120 / F: 212-901-2107

July 23, 2018

<u>**VIA ECF**</u>
**The Honorable Vernon S. Broderick**
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Rosas v. Balter Sales Co. Inc., et al.
              Case No. 12-cv-06557

Dear Judge Broderick:

      We represent the Plaintiff in the above-referenced matter. We respectfully write to inform the Court that Plaintiff has decided to accept the remitted jury verdict of $880,000, as provided in Your Honor's June 29, 2018 Order. Accordingly, Plaintiff's motion for attorneys' fees and costs is no longer moot and he respectfully renews said motion.

      We appreciate Your Honor's attention to this matter.


Respectfully submitted,

**Arcé Law Group, P.C.**
*Attorneys for Plaintiff*


<u>/s/ Gregory Kirschenbaum</u>
Gregory W. Kirschenbaum, Esq.


cc:    Andrew L. Richards and Matthew Cohen (Via ECF), *Attorneys for Defendants*