```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RAYMOND ROSAS,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :           12-CV-6557 (VSB)
              - against -                                   :
                                                            :                 ORDER
                                                            :
BALTER SALES CO. INC., et al.,                              :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/2018
```

VERNON S. BRODERICK, United States District Judge:

Following a jury trial in November 2015, a jury rendered a verdict in this matter in favor of Plaintiff for certain compensatory and punitive damages. (*See* Doc. 138.) On January 6, 2016, Defendants moved for, inter alia, a new trial or remittitur of damages. (Doc. 150.) On June 29, 2018, I granted Defendants' motion for a new trial unless Plaintiff agreed to accept compensatory and punitive damages in certain remitted amounts. (Doc. 171.) On July 23, 2018, Plaintiff timely accepted the remitted jury verdict of $880,000 as provided in my June 29 Opinion and Order. (Doc. 174.) Accordingly, it is hereby

ORDERED that the Clerk of Court is respectfully directed to enter judgment in favor of Plaintiff for compensatory damages as against Balter Sales in the sum of $75,000; against Marc Balter in the sum of $75,000; against Arnold Balter in the sum of $20,000; against Barry Rosenberg in the sum of $10,000; and against Balter Sales, Marc Balter, and Arnold Balter, jointly and severally, for punitive damages in the sum of $700,000.

IT IS FURTHER ORDERED that Defendants' time to appeal the judgment shall be extended until September 5, 2018.

SO ORDERED.

Dated: August 22, 2018
     New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge