UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X   Case No.: 12-cv-6557(VSB)(HBP)
RAYMOND ROSAS,

                Plaintiff,

      -against-                                        **SATISFACTION OF**
                                                           **JUDGMENT**
BALTER SALES CO. INC., ARNOLD BALTER,
individually, MARK BALTER, individually, and
BARRY ROSENBERG, individually,

                Defendants.
---------------------------------------------------------------X

      WHEREAS, a judgment was entered in the above action on the 8th day of December, 2015 in favor of Plaintiff Raymond Rosas and against Defendant Balter Sales Co., Inc., for compensatory damages, in the amount of $250,000.00, Arnold Balter, individually, for compensatory damages, in the amount of $250,000.00, Mark Balter, individually, for compensatory damages, in the amount of $250,000.00, Barry Rosenberg, individually, for compensatory damages, in the amount of $50,000.00, and against Balter Sales Co., Inc., Arnold Balter, and Mark Balter, jointly and severally, for punitive damages in the sum of $1,400,000.00; for a total judgment of $2,200,000.00.

      WHEREAS, a revised judgment was entered in the above action on the 22nd day of August, 2018 in favor of Plaintiff Raymond Rosas and against Defendant Balter Sales Co., Inc., for compensatory damages, in the amount of $75,000.00, Arnold Balter, individually, for compensatory damages, in the amount of $20,000.00, Mark Balter, individually, for compensatory damages, in the amount of $75,000.00, Barry Rosenberg, individually, for compensatory damages, in the amount of $10,000.00, and against Balter Sales Co., Inc., Arnold Balter, and Mark Balter, jointly and severally, for punitive damages in the sum of $700,000.00; for a total judgment of

$880,000, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

      THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       November 28, 2018

        **Arcé Law Group, P.C.**
        *Attorneys for Plaintiff*

By: _____
        Gregory W. Kirschenbaum, Esq.
        45 Broadway, Suite 610
        New York, NY 10006
        (212) 248-0120

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X   Case No.: 12-cv-6557(VSB)(HBP)
RAYMOND ROSAS,

                        Plaintiff,

    -against-

BALTER SALES CO. INC., ARNOLD BALTER,
individually, MARK BALTER, individually, and
BARRY ROSENBERG, individually,

                       Defendants.
----------------------------------------------------------------X

STATE OF NEW YORK      )
                                    ) ss.:
COUNTY OF NEW YORK  )

        On the 28th day of November, 2018 before me personally came Gregory W. Kirschenbaum, Esq. to me known and known to be a member of the firm of Arcé Law Group, P.C., attorneys for Plaintiff Raymond Rosas in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

SILVIA C. STANCIU, ESQ.
Notary Public, State of New York
Registration No. 02ST6344228
Qualified in Queens County
Commission Expires 06/27/2020

_____
Notary Public