**MANDATE**



# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

1:12-cv-06557-VSB-HBP

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of November, two thousand and eighteen,

Raymond Rosas,

    Plaintiff-Counter-Defendant - Appellee,

v.

Balter Sales Company, Inc.,

    Defendant-Counter-Claimant - Appellant,

Arnold Balter, Individually, Mark Balter, Individually, Barry Rosenberg, Individually,

    Defendants - Appellants.

**ORDER**
Docket Numbers:
16-7 (L)
18-2653 (Con)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov. 30, 2018

The parties in the above referenced cases have filed a stipulation withdrawing these appeals pursuant to FRAP 42.

The stipulation hereby is so ordered.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/30/2018

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of November, two thousand and eighteen,

BALTER SALES CO. INC., ARNOLD BALTER, MARK BALTER, and BARRY ROSENBERG
Appellants/Defendants

v.

RAYMOND ROSAS
Appellee/Plaintiff

**STIPULATION**
Docket Number: 16-7(L) and 18-2653 (CON)

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 11/29/18

_____
Attorney for Appellant
Andrew Richards, Esq., Kaufman Dolowich & Voluck, LLP
Print Name and Firm

Date: 11/30/18

_____
Attorney for Appellee
Bryan S. Arce, Esq., Arce Law Group, P.C.
Print Name and Firm